SILVA, PLAINTIFF AND APPELLANT, *v.* MAYORAL, DEFENDANT AND RESPONDENT.

APPEAL from the District Court of Ponce in *Mandamus* Proceedings.

No. 1191.—Decided January 19, 1915.

Decided on the grounds of the opinion delivered in case No. 1190, *Nones* v. *Mayoral, ante.*

*Mr. Antonio F. Castro* for the appellant.
*Mr. Salvador Mestre, fiscal,* for the respondent.

> *Judgment reversed and writ of mandamus granted.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.